UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ARNOLD NEFF,
    Plaintiff,

-V-                                        Case No. C2-11-960
                                           JUDGE SARGUS
                                           Magistrate Judge Kemp

ALERIS ROLLED PRODUCTS INC.,
    Defendant.

## AMENDED ORDER SETTING TRIAL DATE

The Court's Order Setting Trial Date entered on February 13, 2013 (Doc.# 26) is hereby **VACATED** in its entirety. The parties shall adhere to the following amended **trial schedule:**

**Summary:**

| | |
|---|---|
| July 8, 2013 | Statement of witnesses, designations of deposition portions, and exhibit lists. Proposed case-specific jury instructions to be served on opposing counsel. (If the case will not be tried to a Jury, counsel shall disregard this provision and other provisions of this Order relating to Jury issues). |
| July 15, 2013 | Stipulations. Motions in limine. Agreed upon jury instructions and proposed case-specific jury instructions. |
| July 22, 2013 | Memoranda contra motions in limine. Objections to case-specific jury instructions. |
| July 29, 2013 | Final pretrial order due. General areas of questions for voir dire. |
| August 1, 2013 9:00 am | Final pretrial conference. |
| August 12, 2013 | Voir dire, Trial - opening statements, presentation of evidence. |

The parties are directed to refer to the Court's <u>Original</u> Scheduling Order Setting Trial Date <u>(Doc. #26, filed 02/13/13)</u> for substantive direction as to the foregoing deadlines.

**IT IS SO ORDERED.**

<u>6-13-2013</u>
**Date**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**