# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ARNOLD NEFF,**
    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**ALERIS ROLLED PRODUCTS, INC.,**      CASE No. **C2-11-960**
    Defendant.      **Judge Edmund A. Sargus, Jr.**
        Magistrate Judge Terence P. Kemp


X     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **Decision by Court.** A decision has been rendered by the Court.


    **Pursuant to the Jury Verdict filed 08/16/2013** (Doc.#68)**, Judgment is hereby entered for the Defendant.**

    This case is DISMISSED.


Date: August 19, 2013          JOHN P. HEHMAN, CLERK


        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk